**Motion Granted; Abatement Order filed February 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00560-CV
_____

**EDMOND C. MUNOZ AND HOUSTON-HARRIS DIVISION PATROL, INC., Appellants**

**V.**

**SECURE1ONE SECURITY & INVESTIGATION, INC., AND TEXAS1ONE PROTECTION SERVICES, LLC, Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-18912**

## ABATEMENT ORDER

On February 10, 2017, the parties filed a joint motion to abate this appeal pending completion of a settlement agreement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until March 21, 2017. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court also will consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Wise.